FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: lmcclane@fisherphillps.com
E-Mail Address: akheel@fisherphillips.com

Attorneys for Bhajan Sidhu dba SMOKE 4 U

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PURAN SANDHU, | Case No.: 2:21-cv-01435-APG-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| BHAJAN SIDHU dba SMOKE 4 U, | |
| Defendant. | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have a two (2) week extension of time, up to and including, September 9, 2021, to file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1.) Defendant recently retained counsel and needs additional time to evaluate and respond to the specific factual allegations in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, this stipulation is sought in good faith.  This is the first request for
2  an extension of this deadline.
3  Dated this 19th day of August, 2021.
4
5  FISHER & PHILLIPS, LLP          LAW OFFICES OF MICHAEL P. BALABAN
6
7  By: /s/ Lisa A. McClane, Esq.      By: /s/ Michael P. Balaban, Esq.
   Lisa A. McClane, Esq.              Michael P. Balaban, Esq.
8  Allison L. Kheel, Esq.             10726 Del Rudini Street
   300 S. Fourth Street               Las Vegas, NV  89141
9  Suite 1500                         Attorneys for Plaintiff
   Las Vegas. NV 89101
10 Attorney for Defendant

## Order

**IT IS SO ORDERED**

**DATED:** 2:41 pm, August 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 41406598.1

- 2 -