FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
lmcclane@fisherphillips.com
*Attorneys for Bhajan Sidhu dba SMOKE 4 U*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PURAN SANDHU,<br><br>　　　　Plaintiff<br><br>vs.<br><br>BHAJAN SIDHU dba SMOKE 4 U,<br><br>　　　　Defendant | Case No.: 2:21-cv-01435-CDS-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Defendant Bhajan Sidhu dba Smoke 4 U ("Smoke 4 U") and Plaintiff PURAN SANDHU ("Plaintiff"), through their counsel of record, that this matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

　　　　Dated this 20th day of February, 2023.

FISHER & PHILLIPS LLP

/s/ Lisa A. McClane, Esq.
LISA A. MCCLANE, ESQ.
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendant*

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban, Esq.
Michael P. Balaban, Esq.
10725 Del Rudini Street
Las Vegas, Nevada 89141
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE
DATED: February 21, 2023

FP 46402408.1